UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 12-14233-CIV-MARTINEZ-LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADFORD PLACE ASSOCIATION, INC.,

    Defendant.

_____

## SATISFACTION OF JUDGMENT

The judgment entered in favor of the United States of America, in the above-entitled case having been paid in full, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record.

Dated: May 21, 2013.
Miami, Florida

Respectfully submitted,

Steven M. Davis
(Florida Bar No. 894249)
Email: Sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
*Attorneys for Plaintiff United States of America*

ACTIVE: U06092/336427:4732063_1